No. 10-6241. Patricia T. Patterson, Petitioner v. Daniel Shearous.

562 U.S. 1013, 131 S. Ct. 528, 178 L. Ed. 2d 389, 2010 U.S. LEXIS 8575.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 382 Fed. Appx. 290.

No. 10-6245. Edward J. Robinson, Petitioner v. California.

562 U.S. 1013, 131 S. Ct. 528, 178 L. Ed. 2d 389, 2010 U.S. LEXIS 8492.

November 1, 2010. Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.

No. 10-6251. Tony Goodrum, Petitioner v. Edmund G. Brown, Jr., Attorney General of California, et al.

562 U.S. 1013, 131 S. Ct. 528, 178 L. Ed. 2d 389, 2010 U.S. LEXIS 8499.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 387 Fed. Appx. 750.

No. 10-6282. Mindy Zied, Petitioner v. Michael J. Astrue, Commissioner of Social Security, et al.

562 U.S. 1013, 131 S. Ct. 528, 178 L. Ed. 2d 389, 2010 U.S. LEXIS 8609.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 347 Fed. Appx. 862.

No. 10-6289. Xuan T. James, Petitioner v. T.H. Continental Limited Partnership.

562 U.S. 1013, 131 S. Ct. 529, 178 L. Ed. 2d 389, 2010 U.S. LEXIS 8643.

November 1, 2010. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

No. 10-6294. Carrie J. Hale McCoin, Petitioner v. Marvin Fickle.

562 U.S. 1013, 131 S. Ct. 529, 178 L. Ed. 2d 389, 2010 U.S. LEXIS 8611.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 384 Fed. Appx. 629.

No. 10-6299. Brandon Arnae Taylor, Petitioner v. California.

562 U.S. 1013, 131 S. Ct. 529, 178 L. Ed. 2d 389, 2010 U.S. LEXIS 8636.

November 1, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 48 Cal. 4th 574, 108 Cal. Rptr. 3d 87, 229 P.3d 12.